IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01808-CMA-MEH

MORTON FINKEL,

      Plaintiff,

v.

AMERICAN OIL & GAS, INC., a Nevada corporation
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS,
HESS CORPORATION, a Delaware corporation, and
HESS INVESTMENT CORP., a Nevada corporation,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2010.**

The Amended Joint Motion to Extend Time and Set Briefing Schedule [filed August 30, 2010; docket #17] is **granted in part and denied in part**.  In the interests of justice and efficiency, and pursuant to D.C. Colo. LCivR 6.1D, the Court will grant Defendants a 40-day extension of time within which to respond to the Complaint in this matter.  Thus, Defendants shall file an answer or other response to the Complaint on or before **October 26, 2010**.  If the District Judge has not ruled on the pending motion to consolidate before that time, the parties may address the matter with this Court at the Scheduling Conference.