# EXHIBIT A

## **EXHIBIT A**

For the time period from January 1, 2009 to the present:

(1) The meeting minutes, with attachments and materials reviewed at the meetings of the Board and all committees thereof, insofar as the materials relate to the Proposed Transaction (or any other offer or merger), employment agreements, stockholder agreements, voting agreements, stock options, and/or strategic alternatives, including any handwritten notes taken at those meetings;

(2) All materials given to or received from the Company's financial advisor relating to the Proposed Transaction or the potential acquisition of or business combination with any other possible acquirer of the Company, including, but not limited to projections of the Company's future financial performance and valuation of the Company's assets;

(3) Computer printouts summarizing to date the Company's executives' and directors' option holdings, options exercised, options vested and unvested, option grant dates, option vesting schedules, and option prices;

(4) Monthly and quarterly executive and/or director packages or any other document containing the Company's historical and projected operations and financial performance, and valuation of the Company's assets;

(5) Any employment agreements, severance packages and/or change-in-control agreements (and any amendments thereto since the Company's last proxy statement) concerning the defendants or the Company's executive officers;

(6) All communications between defendants, defendants' financial advisor, Hess, and/or any other entity expressing interest in acquiring the Company, and all communications to or from defendants concerning any potential acquisition of or business combination with Hess or any other entity, any voting agreements, and/or any employment agreements;

(7) All confidentiality agreements between and among American Oil, Hess, and any other entity expressing interest in acquiring American Oil; and

(8) Any privilege log relating to the foregoing.