# EXHIBIT B

## **EXHIBIT B**

(1) Patrick D. O'Brien, the Company's Chief Executive Officer and Chairman of the Board;

(2) Andrew P. Calerich, the Company's President and director;

(3) Jon R. Whitney, the Company's director;

(4) The person most knowledgeable at Tudor, Pickering, Holt & Co., concerning the Proposed Transaction; and

(5) The person most knowledgeable from Hess concerning the Proposed Transaction.