**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01808-CMA-MEH

MORTON FINKEL, Individually and on Behalf of All Others Similarly Situated,

 Plaintiff,

v.

AMERICAN OIL & GAS INC., a Nevada Corporation,
PATRICK D. O'BRIEN, ANDREW P. CALERICH,
JON R. WHITNEY, NICK DEMARE,
C. SCOTT HOBBS, HESS CORPORATION, a Delaware Corporation, and
HESS INVESTMENT CORP., a Nevada Corporation,

 Defendants.

---

Civil Action No. 1:10-cv-01833-PAB-MEH

EDGAR COBB, Individually and on Behalf of All Others Similarly Situated,

 Plaintiff,

v.

AMERICAN OIL & GAS INC., a Nevada Corporation,
PATRICK D. O'BRIEN, ANDREW P. CALERICH,
JON R. WHITNEY, NICK DEMARE,
C. SCOTT HOBBS and
HESS CORPORATION, a Delaware Corporation

 Defendants.

**DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF PLAINTIFF EDGAR COBB'S CROSS-MOTION FOR APPOINTMENT OF LEAD COUNSEL**

Civil Action No. 1:10-cv-01846-MSK-KMT

JEFFREY P. FEINMAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AMERICAN OIL & GAS INC., a Nevada Corporation,
PATRICK D. O'BRIEN, ANDREW P. CALERICH,
JON R. WHITNEY, NICK DEMARE,
C. SCOTT HOBBS, HESS CORPORATION, a Delaware Corporation, and
HESS INVESTMENT CORP., a Nevada Corporation,

    Defendants.

---

Civil Action No. 1:10-cv-01852-LTB

JEFFREY VEIGEL, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AMERICAN OIL & GAS INC.,
PATRICK D. O'BRIEN, ANDREW P. CALERICH,
JON R. WHITNEY, NICK DEMARE,
C. SCOTT HOBBS and
HESS CORPORATION

    Defendants.

I, Darren J. Robbins, hereby declare as follows:

1.     I am a member of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff Edgar Cobb in one of the above-entitled matters. I respectfully make this declaration in support of Plaintiff Edgar Cobb's Cross-Motion for Appointment of Lead Counsel.

2.     Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   *In re Chapparal Resources, Inc. S'holders Litig.*, No. 2001-N, Stipulation and Agreement of Compromise, Settlement and Release (Del. Ch. Mar. 23, 2007);

Exhibit B:   *In re Prime Hospitality, Inc. S'holders Litig.*, No. 652-CC, Stipulation and Agreement of Compromise and Settlement (Del. Ch. May 2, 2007);

Exhibit C:   *In re eMachines, Inc. Merger Litig.*, No. 01-CC-00156, Final Judgment and Order of Dismissal with Prejudice (Orange County Super. Ct. Jul. 25, 2007);

Exhibit D:   *Fisch v. SSA Global Technologies, Inc.*, No. 06-CH-10636, Stipulation of Settlement (Cook County Cir. Ct. Aug. 30, 2007);

Exhibit E:   *Pang v. Dwight*, No. 231989, Amended Stipulation of Settlement (Sonoma County Super. Ct. Nov. 13, 2007);

Exhibit F:   *In re Dollar General Corp. S'holders Litig.*, No. 07MD-1, Stipulation of Settlement (Davidson County 6th Cir. Ct., Tenn. Dec. 18, 2008);

Exhibit G:   *In re TD Banknorth S'holders Litig.*, C.A. No. 2557-VCL, Stipulation and Agreement of Compromise, Settlement and Release (Del. Ch. Mar. 23, 2007);

Exhibit H:   Relevant Excerpts from *In re Prime Hospitality, Inc. S'holders Litig.*, No. 652-CC, Settlement Hearing and Objections Transcript (Del. Ch. Sept. 19, 2007);

Exhibit I:   Relevant Excerpts from *In re TD Banknorth S'holders Litig.*, No. 2557-VCL, Settlement Hearing Transcript (Del. Ch. June 25, 2009); and

Exhibit J:   Firm Resume of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of September, 2010, at San Diego, California.

s/ Darren J. Robbins
DARREN J. ROBBINS

578234_1