**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01808-CMA-MEH

MORTON FINKEL, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AMERICAN OIL & GAS, INC., a Nevada Corporation,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS,
HESS CORPORATION, a Delaware Corporation, and
HESS INVESTMENT CORP., a Nevada Corporation,

    Defendants.

_____

**SUPPLEMENTAL NOTICE OF CASE ASSOCIATION**
_____

Plaintiff hereby provides supplemental notice, in accordance with D.C.COLO.LCivR 7.5(C)(2), that the above-captioned case is reasonably related to the following actions, which are pending in Nevada:

- In the First Judicial District in the State of Nevada, in and for Carson City: *Buckman v. Am. Oil & Gas, Inc., et al.*, No. 10 OC 00322 1B, in which a Notice of Removal was filed in the United States District Court, District of Nevada on or about August 19, 2010 in the litigation styled, *Buckman v. Am. Oil & Gas, Inc., et al.*, No. 3:10-CV-00513 (D. Nev.);

- In the First Judicial District in the State of Nevada, in and for Carson City: *Luvara v. American Oil & Gas Inc., et al.*, No. 10 OC 00321 1B, in which a Notice of Removal was filed in the United States District Court, District of Nevada on or about August 19, 2010 in the litigation styled, *Luvara v. American Oil & Gas Inc., et al.*, Case No. 3:10-CV-00514 (D. Nev.);

- In the Second Judicial District in the State of Nevada in and for the County of Washoe: *Smitherman v. O'Brien, et al.*, No. CV10-02434, in which a Notice of Removal was filed in the United States District Court, District of Nevada on or about August 20, 2010 in the litigation styled, *Smitherman v. O'Brien, et al.*, No. 3:10-CV-00519 (D. Nev.); and

- In the First Judicial District in the State of Nevada, in and for Carson City: *Speight v. O'Brien et al.*, No. 10 OC 00340 1B.

All cases are stockholder class actions alleging breaches of fiduciary duties by the same or additional defendants arising out of a transaction in which Hess Corporation will acquire American Oil & Gas, Inc. via an unfair process and at an unfair price.

DATED:  September 13, 2010			Respectfully submitted,

				s/ Jeffrey A. Berens
				Robert J. Dyer III
				Jeffrey A. Berens
				Darby K. Kennedy
				**DYER & BERENS LLP**
				303 East 17th Avenue, Suite 300
				Denver, CO  80203
				Telephone: (303) 861-1764
				FAX: (303) 395-0393
				Email: bob@dyerberens.com
				Email: jeff@dyerberens.com
				Email: darby@dyerberens.com

**POMERANTZ HAUDEK
  GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone: (312) 377-1181
FAX:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**POMERANTZ HAUDEK
  GROSSMAN & GROSS LLP**
Marc I. Gross
Fei-Lu Qian
100 Park Avenue
New York, NY  10017
Telephone: (212) 661-1100
FAX: (212) 661-8665
Email:  migross@pomlaw.com
Email:  flqian@pomlaw.com

**BRAGAR WEXLER
  EAGEL & SQUIRE, PC**
Lawrence P. Eagel
Jeffrey H. Squire
885 Third Avenue, Suite 3040
New York, NY  10022
Telephone: (212) 308-5858
FAX: (212) 486-0462
Email:  eagel@bragarwexler.com
Email:  squire@bragarwexler.com

**HARWOOD FEFFER LLP**
Robert Harwood
James G. Flynn
488 Madison Avenue, 8th Floor
New York, NY  10022
Telephone:  (212) 935-7400
FAX:  (212) 753-3630
E-mail: rharwood@hfesq.com
E-mail: jflynn@hfesq.com

*Attorneys for Plaintiff Morton Finkel*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2010, I electronically filed the foregoing **SUPPLEMENTAL NOTICE OF CASE ASSOCIATION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

                                        s/ Jeffrey A. Berens
                                        ***Jeffrey A. Berens***
                                        Attorney for Plaintiff
                                        DYER & BERENS LLP
                                        303 East 17th Avenue, Suite 300
                                        Denver, CO  80203
                                        Telephone: (303) 861-1764
                                        FAX: (303) 395-0393
                                        Email: jeff@dyerberens.com