IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-01808-CMA-MEH

MORTON FINKEL, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AMERICAN OIL & GAS, INC., a Nevada Corporation,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS,
HESS CORPORATION, a Delaware Corporation, and
HESS INVESTMENT CORP., a Nevada Corporation,

    Defendants.

---

## ORDER
---

Before the Court is Plaintiff's Motion for Expedited Discovery and Request for Expedited Ruling [filed September 10, 2010; docket #20]. The parties have agreed to a form of expedited discovery in this matter and have tendered a stipulation for consideration. Docket #26. In addition, the parties held conferences before Magistrate Judge Tafoya in a related matter on identical issues. Docket #30. Thus, being fully advised, it is ORDERED that Plaintiff's motion is **granted** and the following shall become the Order of the Court.

The Parties shall abide by the following schedule for fact discovery from both Defendants and Plaintiffs, and agree that all such discovery conducted pursuant to this Order and Discovery Stipulation may be used in this action if, and to the extent, any such action proceeds.

Subject to the provisions of paragraph 3 below, the Parties agree that:

a. Defendants will produce documents responsive to the discovery order (as may be amended) in *Speight, Individually and on Behalf of All Others Similarly Situated v. American Oil & Gas, et al.*, Case No. 10 DC 003401B, "pending" in the First Judicial District Court of the State of Nevada in and for Carson City (the "*Speight* Action") and the Colorado federal plaintiffs' discovery requests, as set forth in Exhibit A, and Plaintiffs shall produce documents responsive to the requests set forth in Exhibit B hereto.  The requests shall be construed to seek documents generated through July 27, 2010 and shall exclude privileged documents.

b. By September 15, 2010, or the date this stipulation is signed, Defendants shall substantially complete their production of documents.

c. By September 17, 2010, Plaintiffs shall substantially complete their production of documents.

d. By September 20, 2010, the Parties shall exchange privilege logs; if any;

e. Beginning September 20, 2010, and concluding no later than September 28, 2010, Defendants shall make the following witnesses available for deposition:

- Patrick D. O'Brien;
- Andrew P. Calerich;
- Jon R. Whitney;
- a person most knowledgeable at Tudor, Pickering, Holt & Co. concerning the Proposed Merger; and
- a person most knowledgeable at Hess concerning the Proposed Merger.

  f. Beginning September 20, 2010, and concluding no later than October 1, 2010, each Plaintiff, at Defendants' request, shall sit for deposition by Defendants.

The Parties agree that no discovery pursuant to this Discovery Stipulation, including, *inter alia*, document, deposition and other discovery, shall proceed with respect to a given action until the Court has entered a confidentiality order.

DATED this 20th day of September, 2010, in Denver, Colorado.

        BY THE COURT:

        *Michael E. Hegarty*

        Michael E. Hegarty
        United States Magistrate Judge

AGREED TO:

| | |
|---|---|
| DYER & BERENS LLP | PATTON BOGGS LLP |
| s/ Jeffrey A. Berens | |
| Robert J. Dyer III | s/ Sven Collins |
| Jeffrey A. Berens | Sven Collins |
| Darby K. Kennedy | 1801 California Street, Suite 4900 |
| 303 East 17th Avenue, Suite 300 | Denver, CO 80202 |
| Denver, CO 80203 | Tel: (303) 894-6370 |
| Tel: (303) 861-1764 | Fax: (303) 894-9239 |
| Fax: (303) 395-0393 | scollins@pattonboggs.com |
| bob@dyerberens.com | |
| jeff@dyerberens.com | -and- |
| darby@dyerberens.com | |
| | Philip M. Smith |
| POMERANTZ HAUDEK GROSSMAN & GROSS LLP | 1185 Avenue of the Americas |
| Patrick V. Dahlstrom | New York, NY  10036 |
| Ten South LaSalle Street, Suite 3505 | Tel: (646) 557-5145 |
| Chicago, IL  60603 | Fax: (646) 557-5101 |
| Tel: (312) 377-1181 | pmsmith@pattonboggs.com |
| Fax: (312) 377-1184 | |
| pdahlstrom@pomlaw.com | *Attorneys for Defendants American Oil & Gas, Inc., Patrick D. O'Brien, Andrew P. Calerich, Jon R. Whitney, Nick DeMare, and C. Scott Hobbs* |
| -and- | |
| | BALLARD SPAHR LLP |
| Marc I. Gross | |
| H. Adam Prussin | s/ K. Allison White |
| Fei-Lu Qian | Patrick H. Pugh |
| 100 Park Avenue | K. Allison White |
| New York, NY  10017 | 1225 17th Street, Suite 2300 |
| Tel: (212) 661-1100 | Denver, CO  80202-5596 |
| Fax: (212) 661-8665 | Tel : (303) 299-7324 |
| migross@pomlaw.com | Fax : (303) 296-3956 |
| haprussin@pomlaw.com | pughp@ballardspahr.com |
| flqian@pomlaw.com | whiteka@ballardspahr.com |
| | |
| | -and- |
| BRAGAR WEXLER EAGEL & SQUIRE, PC | WHITE & CASE LLP |
| | Glenn M. Kurtz |
| | Robert E. Tiedemann |
| | 1155 Avenue of the Americas |

4

Lawrence P. Eagel
Jeffrey H. Squire
885 Third Avenue, Suite 3040
New York, NY  10022
Tel: (212) 308-5858
Fax: (212) 486-0462
eagel@bragarwexler.com
squire@bragarwexler.com

HARWOOD FEFFER LLP
Robert Harwood
James G. Flynn
488 Madison Avenue, 8th Floor
New York, NY  10022
Tel: (212) 935-7400
Fax: (212) 753-3630
rharwood@hfesq.com
jflynn@hfesq.com

*Attorneys for Plaintiffs Morton Finkel, Jeffrey P. Feinman, and Jeffrey Veigel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
Darren J. Robbins
Randall J. Baron
David T. Wissbroecker
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Tel: (619) 231-1058
Fax: (619) 231-7423
darrenr@rgrdlaw.com
randyb@rgrdlaw.com
dwissbroecker@rgrdlaw.com

*Attorneys for Plaintiff Edgar Cobb*

New York, NY  10036-2787
Tel: (212) 819-8200
Fax:  (212) 354-8113
gkurtz@whitecase.com
rtiedemann@whitecase.com

*Attorneys for Defendants Hess Corporation and Hess Investment Corp.*