**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01808-CMA-MEH

MORTON FINKEL, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AMERICAN OIL & GAS INC., a Nevada Corporation,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DeMARE,
SCOTT HOBBS and
HESS CORPORATION, a Delaware Corporation,

    Defendants.

---

**NOTICE OF WITHDRAWAL OF EDGAR COBB'S OPPOSITION TO THE FINKEL PLAINTIFFS GROUP'S MOTION FOR APPOINTMENT OF PLAINTIFFS' LEAD AND LIAISON COUNSEL AND CROSS-MOTION FOR APPOINTMENT OF LEAD COUNSEL (DOC. #25)**

_____

PLEASE TAKE NOTICE that Plaintiff Edgar Cobb hereby withdraws his Opposition to the Finkel Plaintiffs Group's Motion for Appointment of Plaintiffs' Lead and Liaison Counsel and Cross-Motion for Appointment of Lead Counsel (Docket Entry No. 25).

DATED:  September 23, 2010

Respectfully submitted,

DYER & BERENS LLP

s/ Jeffrey A. Berens
Robert J. Dyer III
Jeffrey A. Berens
Darby K. Kennedy
303 East 17th Avenue, Suite 300
Denver, CO 80203
Tel: (303) 861-1764
Fax: (303) 395-0393
bob@dyerberens.com
jeff@dyerberens.com
darby@dyerberens.com

*Liaison Counsel*

ROBBINS GELLER RUDMAN
 & DOWD LLP
Darren J. Robbins
Randall J. Baron
David T. Wissbroecker
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Tel: (619) 231-1058
Fax: (619) 231-7423
darrenr@rgrdlaw.com
randyb@rgrdlaw.com
dwissbroecker@rgrdlaw.com

*Attorneys for Plaintiff Edgar Cobb*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2010, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF EDGAR COBB'S OPPOSITION TO THE FINKEL PLAINTIFFS GROUPS' MOTION FOR APPOINTMENT OF PLAINTIFFS' LEAD AND LIAISON COUNSEL AND CROSS-MOTION FOR APPOINTMENT OF LEAD COUNSEL (DOC. #25)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

    s/ Jeffrey A. Berens
*Jeffrey A. Berens*
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com