**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01808-CMA-MEH

MORTON FINKEL, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AMERICAN OIL & GAS INC., a Nevada Corporation,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DeMARE,
SCOTT HOBBS and
HESS CORPORATION, a Delaware Corporation,

    Defendants.

---

**REPLY AND NOTICE OF NON-OPPOSITION REGARDING PLAINTIFFS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND APPOINTMENT OF PLAINTIFFS' LEAD & LIAISON COUNSEL (DOC. #9)**
_____

Plaintiffs Morton Finkel, Jeffrey P. Feinman and Jeffrey Veigel (collectively, the "Finkel Plaintiffs") submit this Reply and Notice of Non-Opposition with respect to their Motion for Consolidation of Related Actions and Appointment of Plaintiffs' Lead & Liaison Counsel (Docket Entry No. 9).

In light of Edgar Cobb's Notice of Withdrawal of his Opposition to the Finkel Plaintiffs' Motion and his Cross-Motion for Approval as Lead Counsel (Docket Entry Nos. 33), the Finkel Plaintiffs' motion is now unopposed. Therefore, the Finkel Plaintiffs

respectfully request this Court grant their motion and consolidate the above-captioned case and the following actions:

- *Cobb v. American Oil & Gas, Inc., et al.*, No. 1:10-cv-01833-PAB-MEH,
- *Feinman v. American Oil & Gas, et al.*, No. 1:10-cv-01846-MSK-KMT,
- *Veigel v. American Oil & Gas, Inc.*, et al., No. 1:10-cv-01852-MSK-MJW

and any subsequently filed action alleging similar facts, under *Finkel v. American Oil & Gas, Inc., et al.*, No. 1:10-cv-01808-CMA-MEH.  The Finkel Plaintiffs further request the Court grant their unopposed motion to appoint Pomerantz Haudek Grossman & Gross LLP, Bragar Wexler Eagel & Squire, PC, and Harwood Feffer LLP as Plaintiffs' Lead Counsel for these actions, and Dyer & Berens LLP as Plaintiffs' Liaison Counsel.

DATED:  September 24, 2010          Respectfully submitted,

s/ Jeffrey A. Berens
Robert J. Dyer III
Jeffrey A. Berens
Darby K. Kennedy
**DYER & BERENS LLP**
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: bob@dyerberens.com
Email: jeff@dyerberens.com
Email: darby@dyerberens.com

**POMERANTZ HAUDEK
  GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois  60603
Telephone: (312) 377-1181
FAX:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**POMERANTZ HAUDEK**
  **GROSSMAN & GROSS LLP**
Marc I. Gross
H. Adam Prussin
Fei-Lu Qian
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
FAX: (212) 661-8665
Email:  migross@pomlaw.com
Email:  haprussin@pomlaw.com
Email:  flqian@pomlaw.com

**BRAGAR WEXLER**
  **EAGEL & SQUIRE, PC**
Lawrence P. Eagel
Jeffrey H. Squire
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
FAX: (212) 486-0462
Email:  eagel@bragarwexler.com
Email:  squire@bragarwexler.com

**HARWOOD FEFFER LLP**
Robert Harwood
James G. Flynn
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 935-7400
FAX: (212) 753-3630
E-mail:  rharwood@hfesq.com
E-mail:  jflynn@hfesq.com

***Attorneys for Plaintiffs Morton Finkel,
Jeffrey P. Feinman and Jeffrey Veigel***

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2010, I electronically filed the foregoing **REPLY AND NOTICE OF NON-OPPOSITION REGARDING PLAINTIFFS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND APPOINTMENT OF PLAINTIFFS' LEAD & LIAISON COUNSEL (DOC. #9)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Jeffrey A. Berens
*Jeffrey A. Berens*
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com
