IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01808-CMA-MEH
(Consolidated with 10-cv-01833-PAB-MEH, 10-cv-01846-MSK-KMT, and
10-cv-01852-MSK-MJW)

MORTON FINKEL,
EDGAR COBB,
JEFFREY P. FEINMAN, and
JEFFREY VEIGEL, Individually and
on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AMERICAN OIL & GAS, INC., a Nevada corporation,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS,
HESS CORPORATION, a Delaware corporation, and
HESS INVESTMENT CORP., a Nevada corporation,

    Defendants.
_____

**ORDER ON JOINT MOTION TO SET BRIEFING SCHEDULE FOR
CONSOLIDATED AMENDED COMPLAINT**
_____

This matter comes before the Court on the parties' Joint Motion to Set a

Briefing Schedule for Consolidated Amended Complaint (Doc. # 49). IT IS HEREBY

ORDERED:

1.    The parties' Joint Motion (Doc. # 49) is GRANTED.

2. Plaintiffs shall file their consolidated amended complaint by Friday, October 29, 2010.

3. Defendants shall respond to the consolidated amended complaint within 20 days after the consolidated amended complaint is filed.

4. If Defendants move to dismiss the consolidated amended complaint, Plaintiffs shall file a response within 21 days after Defendants file their motion.

5. Defendants shall file any reply within 15 days after Plaintiffs file their response.

DATED: October 27, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge