IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01808-CMA-MEH
(Consolidated with 10-cv-01833-PAB-MEH, 10-cv-01846-MSK-KMT, and
10-cv-01852-MSK-MJW)

MORTON FINKEL,
EDGAR COBB,
JEFFREY P.  FEINMAN, and
JEFFREY VEIGEL, Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

AMERICAN OIL & GAS, INC., a Nevada corporation
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS,
HESS CORPORATION, a Delaware corporation, and
HESS INVESTMENT CORP., a Nevada corporation,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2010.**

The Stipulated Motion for Order Regarding Time of Defendants to Respond to Plaintiffs' Consolidated Complaint [filed November 18, 2010; docket #56] is **granted**.  In light of the settlement of this matter, Defendants need not respond to the Consolidated Complaint.  The parties shall file dismissal papers with the Court **on or before December 15, 2010**.  If the parties fail to do so, or fail to request additional time within which to do so, the Court will reset the deadline and will set a Status Conference at which to discuss the current discovery schedule.