# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01808-CMA-MEH
(Consolidated with 10-cv-01833-PAB-MEH, 10-cv-01846-MSK-KMT, and 10-cv-01852-MSK-MJW)

MORTON FINKEL,
JEFFREY P. FEINMAN, and
JEFFREY VEIGEL, Individually
and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

AMERICAN OIL & GAS, INC., a Nevada Corporation,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS,
HESS CORPORATION, a Delaware Corporation, and
HESS INVESTMENT CORP., a Nevada Corporation,

    Defendants.

_____

**JOINT SCHEDULING ORDER CONCERNING
CLASS ACTION SETTLEMENT**
_____

    WHEREAS, (i) Morton Finkel, Jeffrey P. Feinman, and Jeffrey Veigel ("Plaintiffs"), and (ii) American Oil & Gas, Inc. ("American"), Hess Corporation, and Hess Investment Corp. (collectively, the "Hess Defendants"), Patrick D. O'Brien, Andrew P. Calerich, Jon R. Whitney, Nick DeMare, and C. Scott Hobbs (the "Individual Defendants" and collectively with American and the Hess Defendants, "Defendants"),

having applied for an order setting forth a briefing schedule for the submission of papers concerning the Class Action Settlement and the application of attorneys' fees and expenses;

**IT IS HEREBY ORDERED** as follows:

**I.  Settlement Hearing**

1. The following deadlines shall apply in connection with the Settlement Hearing in the above captioned action:

| | |
|---|---|
| Submission of Papers in Support of Settlement: | Monday, January 10, 2011 |
| Submission of Papers Objecting to Settlement: | Monday, January 17, 2011 |
| Responses to Papers Objecting to Settlement: | Monday, January 24, 2011 |
| Settlement Hearing: | Monday, January 31, 2011 |

**II.  Application for Attorneys' Fees And Expenses**

2. The Settlement Agreement provides that Plaintiffs' Counsel shall follow the applicable rules and procedures for obtaining Court approval of any Attorneys' Fees and Expenses Award, and shall file its fee application upon a contested briefing schedule to be determined by the Court. The following deadlines shall apply to Plaintiffs' Application for Attorneys' Fees and Expenses:

| | |
|---|---|
| Opening Papers: | Monday, December 20, 2010 |
| Opposition Papers: | Friday, January 14, 2011 |
| Reply Papers: | Tuesday, January 25, 2011 |

DATED this _____ day of _____ 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge