IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01808-CMA-MEH
(Consolidated with 10-cv-01833-PAB-MEH, 10-cv-01846-MSK-KMT, and
10-cv-01852-MSK-MJW)

MORTON FINKEL,
EDGAR COBB,
JEFFREY P. FEINMAN, and
JEFFREY VEIGEL, Individually
and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

AMERICAN OIL & GAS, INC., a Nevada Corporation,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS,
HESS CORPORATION, a Delaware Corporation, and
HESS INVESTMENT CORP., a Nevada Corporation,

    Defendants.
_____

**ENTRY OF APPEARANCE**
_____

    PHILIP SMITH of the law firm PATTON BOGGS, LLP, 1185 Avenue of the Americas, 30th Floor, New York, NY 10036, hereby enters his appearance on behalf of AMERICAN OIL & GAS, INC., PATRICK D. O'BRIEN, ANDREW P. CALERICH, JON R. WHITNEY, NICK DEMARE, and C. SCOTT HOBBS ("AMERICAN OIL & GAS DEFENDANTS") in each of the above consolidated cases.  Mr. Smith has previously

539587

- 2 -

appeared in these actions on behalf of the AMERICAN OIL & GAS DEFENDANTS, but the Court's docket does not reflect same.

DATED this 30th day of November, 2010.

                                            Respectfully submitted,

                                            s/ Philip M. Smith_____
                                            Philip M. Smith
                                            Attorney for Defendant
                                            PATTON BOGGS LLP
                                            Philip M. Smith
                                            1185 Avenue of the Americas
                                            New York, NY 10036
                                            Tel: (646) 557-5145
                                            Fax: (646) 557-5101

539587

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2010, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and listed below..

Darby K. Kennedy
Jeffrey A. Berens
Dyer & Berens, LLP
303 E. 17th Avenue, Suite 300
Denver, CO 80203

Darren J. Robbins
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Gerald L. Bader
Bader & Associates, LLC
1873 S. Bellaire Street, Suite 1110
Denver, CO 80222

Sven C. Collins
Patton Boggs LLP
1801 California, Suite 4900
Denver, CO 80202

Katherine A. White
Leslie A. Eaton
Patrick H. Pugh
Ballard Spahr, LLP
1225 17th Street, Suite 2300
Denver, CO 80202

                                                   s/ Philip M. Smith
                                                   Philip M. Smith

539587