**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01808-CMA-MEH
(Consolidated with 10-cv-01833-PAB-MEH, 10-cv-01846-MSK-KMT, and
10-cv-01852-MSK-MJW)

MORTON FINKEL,
JEFFREY P. FEINMAN, and
JEFFREY VEIGEL, Individually and
on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

AMERICAN OIL & GAS, INC., a Nevada Corporation,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS,
HESS CORPORATION, a Delaware Corporation, and
HESS INVESTMENT CORP., a Nevada Corporation,

      Defendants.

_____

**PLAINTIFFS' SUBMISSION PURSUANT TO THE COURT'S MARCH 18, 2011
MINUTE ORDER (DOCKET NO. 110)**
_____

Pursuant to this Court's March 18, 2011 Minute Order (Doc. No. 110), plaintiffs

Morton Finkel, Jeffrey P. Feinman and Jeffrey Veigel ("Plaintiffs"), through Plaintiffs'

undersigned counsel, hereby submit the following:

1.     Bragar Wexler Eagel & Squire, P.C. attorney timesheet summary with

billing records attached (Exhibit 1);

2.      Harwood Feffer LLP attorney timesheet summary with billing records attached (Exhibit 2);

3.      Pomerantz Haudek Grossman & Gross LLP attorney timesheet summary (Exhibit 3);

4.      Robbins Geller Rudman & Dowd LLP attorney timesheet summary with billing records attached (Exhibit 4);

5.      The O'Mara Law Firm attorney timesheet summary with billing records attached (Exhibit 5);

6.      Dyer & Berens LLP attorney timesheet summary with billing records attached (Exhibit 6); and

7.      Robbins Umeda LLP attorney timesheet summary with billing records attached (Exhibit 7).

DATED: March 25, 2011                  Respectfully submitted,

                                       DYER & BERENS LLP

                                       s/ Darby K. Kennedy
                                       Robert J. Dyer III
                                       Jeffrey A. Berens
                                       Darby K. Kennedy
                                       303 East 17th Avenue, Suite 300
                                       Denver, CO 80203
                                       Tel: (303) 861-1764
                                       Fax: (303) 395-0393
                                       bob@dyerberens.com
                                       jeff@dyerberens.com
                                       darby@dyerberens.com

                                       -and-

BRAGAR WEXLER EAGEL
& SQUIRE, PC
Lawrence P. Eagel
Jeffrey H. Squire
885 Third Avenue, Suite 3040
New York, NY  10022
Tel: (212) 308-5858
Fax: (212) 486-0462
eagel@bragarwexler.com
squire@bragarwexler.com

*Settlement Class Counsel*

POMERANTZ HAUDEK
   GROSSMAN & GROSS LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL  60603
Tel: (312) 377-1181
Fax: (312) 377-1184
pdahlstrom@pomlaw.com

-and-

Marc I. Gross
H. Adam Prussin
Fei-Lu Qian
100 Park Avenue
New York, NY  10017
Tel: (212) 661-1100
Fax: (212) 661-8665
migross@pomlaw.com
haprussin@pomlaw.com
flqian@pomlaw.com

*Attorneys for Plaintiffs Morton Finkel and
Jeffrey P. Feinman*

JAROSLAWICZ & JAROS
David Jaroslawicz
225 Broadway, 24th Floor
New York, NY  10007
Tel:  (212) 227-2780
Fax: (212) 227-5030

*Attorney for Plaintiff Morton Finkel*

HARWOOD FEFFER LLP
Robert Harwood
James G. Flynn
488 Madison Avenue, 8th Floor
New York, NY  10022
Tel: (212) 935-7400
Fax: (212) 753-3630
rharwood@hfesq.com
jflynn@hfesq.com

RYAN & MANISKAS, LLP
Katharine M. Ryan
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Tel: (484) 588-5516
Fax: (484) 450-2582

BADER & ASSOCIATES, P.C.
Gerald L. Bader, Jr.
1873 S. Bellaire Street, #1110
Denver, CO  80222
Tel:  (303) 534-1700
Fax: (303) 534-1701

*Attorneys for Plaintiff Jeffrey Veigel*

ROBBINS GELLER
RUDMAN & DOWD LLP
Darren J. Robbins
Randall J. Baron
David T. Wissbroecker
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Tel: (619) 231-1058
Fax: (619) 231-7423
darrenr@rgrdlaw.com
randyb@rgrdlaw.com
dwissbroecker@rgrdlaw.com

*Additional Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2011, I electronically filed the foregoing **PLAINTIFFS' SUBMISSION PURSUANT TO THE COURT'S MARCH 18, 2011 MINUTE ORDER (DOCKET NO. 110)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Darby K. Kennedy
**Darby K. Kennedy**
Attorney for Plaintiffs
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: darby@dyerberens.com